IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,                CIV. NO. 06-1760 DFL EFB

    Plaintiff,

  v.                              <u>ORDER RE DISPOSITION AFTER</u>
<u>NOTIFICATION OF SETTLEMENT</u>
JIM L. BUNSE, et al.,

    Defendants.
_____/

    The court has been advised by plaintiff's counsel, Scott N. Johnson, Esq. that this action has been settled.  Therefore, it is not necessary that the action remain upon the court's active calendar.

    Accordingly, IT IS ORDERED:

    1.  That counsel file settlement/dismissal documents, in accordance with the provisions of Local Rule 16-160, no later than October 4, 2006; and

//

//

1

1    2.  That all hearing dates previously set in this matter
2 are vacated.
3    IT IS SO ORDERED.
4 Dated:  September 22, 2006
5
6
7                         /s/ David F. Levi
                          DAVID F. LEVI
8                         United States District Judge

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26